# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANDY GOMEZ BREIJO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-01307-JD |
| | ) | |
| WARDEN OF DIAMONDBACK | ) | |
| CORRECTIONAL FACILITY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

The undersigned has examined Petitioner's Petition for a Writ of Habeas Corpus [Doc. No. 1] and orders Petitioner to file another copy of the Petition that is in text-searchable format.[1] Petitioner's counsel shall comply with this Order and the Western District's requirements by **Monday, June 15, 2026**. Petitioner's failure to comply risks sanctions, which may include dismissal of the action without prejudice and without further opportunity to cure.

IT IS SO ORDERED this 10th day of June 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

---

[1] The Western District of Oklahoma's ECF Policies & Procedure Manual requires that electronically filed documents must be text-searchable and flattened.